UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No. 24-cv-07717-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Edward Thomas has not responded to the Clerk's Notices to (i) file a complaint on this Court's form, and (ii) file an application to proceed in forma pauperis (IFP) or pay the $405.00 filing fee. (Dkt. Nos. 2 and 3.) Accordingly, this federal mandamus action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Thomas may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; (ii) be accompanied by a complaint that appears on this Court's form; and (iii) be accompanied by a complete IFP application or full payment for the $405.00 filing fee.

The Clerk shall terminate all pending motions, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** January 7, 2025

                _____
                WILLIAM H. ORRICK
                United States District Judge